# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**OTIS DAWSON,**

    Plaintiff,

v.                                                     **Case No. 20-CV-714**

**STEVEN JOHNSON,**

    Defendant.

## ORDER

On May 11, 2020, I ordered *pro se* plaintiff Otis Dawson to forward to the Clerk of Court an initial partial filing fee of $37.63 on or before June 3, 2020. (ECF No. 5 at 2.) On June 3, 2020, Dawson sent a letter explaining that he had "not received any documentation or receipt to acknowledg[e] my payment of $37.63 sent out 05/25/2020." (ECF No. 7.) As of June 8, 2020, the court has received no payment from Dawson. Dawson also states that he has "been having issues with my mail being tampered with." (*Id.*)

In a separate letter, he states that he filled out new paperwork on June 9, 2020, to allow his institution to send the initial partial filing fee to the court. (ECF No. 8.) He states that the institution sends out checks only once per week, and he does not know on which day the money will be sent to the court. (*Id.*) Based on Dawson's letters, I will allow him additional time to submit the initial partial filing fee to the court.

Dawson is therefore **ORDERED** to submit to the court **by July 18, 2020** the $37.63 initial partial filing fee. Dawson should submit to the business office of his institution a request for the payment to be made to this court. Dawson alternatively may notify the court by that date if he is unable to submit the payment. If Dawson fails either to submit the payment or inform the court why he is unable to do so **by the July 18, 2020 deadline**, I will dismiss his case without further notice for failure to prosecute.

Dated in Milwaukee, Wisconsin, this 18th day of June, 2020.

BY THE COURT:

*Nancy Joseph*

NANCY JOSEPH
United States Magistrate Judge